

# EXHIBIT LIST

### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF FLORIDA
### TAMPA DIVISION

Case No.: 8:25-mj-2566-NHA

_____USA_____,

           **Plaintiff,** ☐
           **Government, X**

                                       ☐ **Evidentiary**
                                       ☐ **Trial**

**v.**
                                       **X-Other- Preliminary Hrng.**

**Terell Bailey-Corsey**_____,

           **Defendant.** ☐

| Exhibit Number | Date Identified | Date Admitted | Sponsoring Witness | Objections / Stipulated Admissions[1] | Description of Exhibit |
|---|---|---|---|---|---|
| 1 | 7/18/2025 | 7/18/2025 | Agent Ronald Daniels | | CD |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

---

[1] Use a code (e.g. "A" or "*") in this column to identify exhibits to be received in evidence by agreement without objections. Otherwise, specifically state each objection to each opposed exhibit. Please note that each date box on the left must be one inch wide to accommodate the Clerk's stamp.